M/D 1

## IN THE UNITED STATES DISTRICT COURT FOR
## THE MIDDLE DISTRICT OF ALABAMA

RECEIVED

ANTHONY JAMES COWART                    )
                                        )    2007 MAY 22  A 9: 42
Full name and prison name of    DEBRA P. HA )
Plaintiff(s)                    U.S. DISTRI )
                                MIDDLE DIS  )
                                        )    CIVIL ACTION NO. 2:07CV456mht
v.                                      )    (To be supplied by Clerk of U.S. District
                                        )    Court)
E·TEAM OFFICER C. SMITH                 )
SHERIFF D.T. MARSHALL                   )
DIR. GINA M. SAVAGE                     )
ASST. DIR. WANDA ROBINSON               )
                                        )
_____        )
                                        )
Name of person(s) who violated your    )
constitutional rights. (List the names  )
of all the person.)                     )

I.    PREVIOUS LAWSUITS

    A.    Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?  YES ☐   No ☑

    B.    Have you begun other lawsuits in state or federal court relating to your imprisonment?      YES ☐        NO ☑

    C.    If your answer to A or B is yes, describe each lawsuit in the space below.  (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

        1.    Parties to this previous lawsuit:

            Plaintiff (s) _____

            _____

            Defendant(s) _____

            _____

        2.    Court (if federal court, name the district; if state court, name the county)

            _____

            _____

3. Docket number _____

4. Name of judge to whom case was assigned _____
   _____

5. Disposition (for example: was the case dismissed? Was it appealed? Is it still pending ?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II.  PLACE OF PRESENT CONFINEMENT  Montgomery County Detention
Facility, 250 So. McDonough St. Montgomery Alabama 36104
PLACE OR INSTITUTION WHERE INCIDENT OCCURRED  Montgomery
County Detention Facility

III.  NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

|    | NAME | ADDRESS |
|----|------|---------|
| 1. | E-Team Officer C. Smith | |
| 2. | Sheriff D.T. Marshall | |
| 3. | Dir. Gina M. Savage | |
| 4. | Asst. Dir Wanda Robinson | |
| 5. | | |
| 6. | | |

IV.  THE DATE UPON WHICH SAID VIOLATION OCCURRED  February 28, 2006

V.  STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE:  I was shot in the left side of the face and left top part of the head with E-Team Officer C. Smith Taser second's

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

AFTER E-TEAM OFFICER KENDRICKS SHOT ME IN THE BACK WITH HER TASER, E-TEAM OFFICER C. SMITH CLAIM SHE WAS POINTING FOR MY CHEST, BUT SHE NEVER WAS IN FRONT OF ME TO SHOOT ME IN THE CHEST, SHE WAS STANDING TO THE LEFT OF ME. AND I WAS ALREADY FALLING TO THE FLOOR FROM E-TEAM OFFICER KENDRICKS TASER.

GROUND TWO: I WAS THEN ESCORTED TO BOOKING BECAUSE THE NURSE MRS. HILL COULD NOT REMOVE THE TASER PROBES FROM THE LEFT SIDE OF MY FACE OR HEAD BY HAND, SO I WAS TAKEN TO THE EMERGENCY ROOM, AND THE DOCTOR HAD TO CUT ME TO GET THEM OUT

SUPPORTING FACTS: ON FEBRUARY 28, 2006 AT ABOUT 7:00 PM I INMATE ANTHONY JAMES COWART WAS OUT OF MY CELL FOR 1 HOUR BECAUSE I'M BEING HOUSED IN 4TH FLOOR ISOLATION, WHEN E-TEAM OFFICERS C. SMITH, KENDRICKS, AND OFFICER FRANKLIN ESCORTED ANOTHER INMATE IN 4TH FLOOR ISOLATION WHILE I WAS OUT FOR MY HOUR CORPL. WILLIAMS TOLD ME MY TIME WAS UP, AND WE GOT INTO A HEATED ARGUMENT ABOUT MY TIME BEING OVER. EVERYTHING WAS CAUGHT ON THE CAMERA IN 4 ISOLATION.

GROUND THREE: _____

_____

_____

SUPPORTING FACTS: _____

_____

_____

_____

_____

_____

_____

VI.    STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU.
       MAKE NO LEGAL ARGUMENT.  CITE NO CASES OR STATUTES.

I WOULD like TO BE REWARDED FOR PAIN AND SUFFERANCE, MENTAl STRESS

HUMILIATION AND PUNITIVE DAMAGES AND I'M ASKING FOR 500,000 BECAUSE

MY RIGHTS WERE VIOLATED

_Anthony J. Cowart_
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   5-15-07
                 (Date)

_Anthony J. Cowart_
Signature of plaintiff(s)

Anthony Toussant #1889
P.O. Box 4599
Montg. Ala. 36103
4-I

INMATE MAIL

Office of the Clerk
United States District Court
P.O. Box 711
Montg. Ala. 36101-0711

