AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

__Middle__ District of __Alabama__

RECEIVED
2007 MAY 22 A 9:42
DEBRA P. HACKETT CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Plaintiff

V.

Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: __2:07CV456-MHT__

I, __Anthony James Cowart__, declare that I am the (check appropriate box)

☑ petitioner/plaintiff/movant   ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☑ Yes   ☐ No   (If "No," go to Part 2)

    If "Yes," state the place of your incarceration __Montgomery County Detention Facility__

    Are you employed at the institution? __No__   Do you receive any payment from the institution? __No__

    Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?   ☐ Yes   ☑ No

    a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

    b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. __I haven't worked in 6 yrs. Last employer deceased.__

3. In the past 12 twelve months have you received any money from any of the following sources?

    | | | Yes | No |
    |---|---|---|---|
    | a. | Business, profession or other self-employment | ☐ Yes | ☐ No |
    | b. | Rent payments, interest or dividends | ☐ Yes | ☐ No |
    | c. | Pensions, annuities or life insurance payments | ☐ Yes | ☐ No |
    | d. | Disability or workers compensation payments | ☐ Yes | ☐ No |
    | e. | Gifts or inheritances | ☐ Yes | ☐ No |
    | f. | Any other sources | ☑ Yes | ☐ No |

    If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)

MY MOTHER SEND ME $20.00 MAYBE (2) TIME A MONTH IF SHE GOT IT. AND MY FATHER WILL SEND ME $100.00 EVERY THREE OR FOUR MONTHS WHEN HE CAN.

4. Do you have **any** cash or checking or savings accounts?   ☐ Yes   ☒ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☒ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   CARDIERES R. Hill COWART
   ANTONIO J. Hill COWART
   SHAQUILLE D. Hill COWART
   ARLANDUS A. BETTIS COWART
   MARTAVIUS A. BETTIS COWART

I declare under penalty of perjury that the above information is true and correct.

5-15-07                 Anthony J. Cowart
Date                    Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

```
RESIDENT HISTORY REPORT                                              Page 1 of 1

Montgomery County Jail
05/15/07 10:47
ST 002 / OPR YR

Booking Number      : 7889
Resident Name       : COWART, ANTHONY
Time Frame          : 11/01/2006 06:30 - 05/15/2007 10:47

-----------------------------------------------------------------------------
Date        Time    Type              ST   OPR   Receipt #    Amount   Balance
-----------------------------------------------------------------------------

11/06/2006  14:49   Add               3    yr    C132900       20.00    25.16
11/09/2006  08:04   Order             2    JD    B76372        18.86     6.30
11/13/2006  09:15   Order             2    JD    B76626         5.42     0.88
12/19/2006  14:32   Add               3    yr    C134920       20.00    20.88
12/21/2006  08:11   Order             2    JD    B79709        19.22     1.66
12/27/2006  13:07   Add               3    yr    C135221      100.00   101.66
01/04/2007  08:17   Order             2    JD    B80415        57.13    44.53
01/08/2007  09:04   Order             2    JD    B80760         5.78    38.75
01/09/2007  10:15   Credit            2    JD    B80917         5.78    44.53
01/29/2007  08:01   Order             2    JD    B82361        12.07    32.46
02/05/2007  08:15   Order             2    JD    B82959        31.90     0.56
02/27/2007  13:39   Add               3    yr    C138227       20.00    20.56
03/01/2007  08:50   Order             2    JD    B84952        20.07     0.49
03/26/2007  13:57   Add               3    VT    C139489       20.00    20.49
03/29/2007  08:16   Order             2    JD    B87459        20.10     0.39
04/24/2007  14:11   Add               3    yr    C140834       20.00    20.39
04/26/2007  08:01   Order             2    JD    B90002        19.43     0.96
05/09/2007  10:17   Add               3    PD    C141627      100.00   100.96
05/14/2007  08:49   Order             2    JD    B91461        41.27    59.69
```