**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Gina M. Savage, Dir.
Montgomery County Detention Facility
P.O. Box 4599
Montgomery, AL 36103-4599

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  G. Brown    ☒ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
A. Brown    5-31-07

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:  ☐ No

2:07cv456  7/9

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
7006 2760 0005 4873 2458

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Wanda Robinson, Asst. Dir.
Montgomery County Detention Facility
P.O. Box 4599
Montgomery, AL 36103-4599

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  G. Brown    ☒ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
G. Brown    5-31-07

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:  ☐ No

2:07cv456  7/9/07

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
7006 2760 0005 4873 2465

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

C. Smith, E-Team Officer
Montgomery County Detention Facility
P.O. Box 4599
Montgomery, AL 36103-4599

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  G. Brown    ☒ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
A. Brown    5-31-07

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:  ☐ No

2:07cv456  7/9/07

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
7006 2760 0005 4873 2434

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540