**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    D.T. Marshall, Sheriff
    Montgomery County Detention Facility
    P.O. Box 4599
    Montgomery, AL 36103-4599

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X G. Brown
☐ Agent
☐ Addressee

B. Received by (Printed Name)
H. Brown

C. Date of Delivery
5-31-07

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

   2:07cv456-MHT

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☑ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)
   7006 2760 0005 4873 2441

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540