IN THE UNITED STATE DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

ANTHONY JAMES COWART
PLAINTIFF

V.

CIVIL ACTION NO. 2:07-CV-456-MHT

E-TEAM OFFICER C. SMITH
SHERIFF, D.T. MARSHALL
DIRECTOR, GINA M. SAVAGE
ASSISTANT DIRECTOR, WANDA ROBINSON
DEFENDANTS

# MOTION FOR APPOINTMENT OF COUNSEL

PURSUANT TO 28 U.S.C. § 1915 (E)(1) PLAINTIFF'S MOVES FOR AN ORDER APPOINTING COUNSEL TO REPRESENT HIM IN THIS CASE. IN SUPPORT OF THIS MOTION, PLAINTIFF STATES:

1. PLAINTIFF IS UNABLE TO AFFORD COUNSEL. HE HAS REQUESTED LEAVE TO PROCEED IN FORMA PAUPERIS.

2. PLAINTIFF IMPRISONMENT WILL GREATLY LIMIT HIS ABILITY TO LITIGATE, THE ISSUE INVOLVED IN THIS CASE ARE COMPLEX, AND WILL REQUIRE SIGNIFICANT RESEARCH AND INVESTIGATION. PLAINTIFF HAS LIMITED ACCESS TO LAW LIBRARY AND LIMITED KNOWLEDGE OF THE LAW. I'M IN ADMINISTRATIVE SEGREGATION AND IT TAKES WEEKS TO GET A BOOK.

3. A TRIAL IN THIS CASE WILL LIKELY INVOLVE CONFICTING TESTIMONY, AND COUNSEL WOULD BETTER ENABLE PLAINTIFF TO PRESENT EVIDENCE AND CROSS EXAMINE WITNESS

4. PLAINTIFF HAS MADE REPEATED EFFORTS TO OBTAIN A LAWYER, I'VE SENT LETTER'S TO LAWYERS AND HAVE NOT GOTTEN A RESPOND BACK.

WHEREFORE, PLAINTIFF REQUEST THAT THE COURT APPOINT MS. DENISE A. SIMMONS, A MEMBER OF THE ALABAMA BAR, AS COUNSEL IN THIS CASE.

DATE 7-10-07

Anthony Cowart
SIGNATURE
ANTHONY J. COWART #7889
P.O. BOX 4599 MONTG. ALA 36103
ADDRESS

CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A COPY OF THE FOREGOING MOTION BE PLACED IN THE UNITED STATES MAIL WITH SUFFICIENT POSTAGE FOR FIRST CLASS DELIVERY TO THE MIDDLE DISTRICT COURT CLERK OFFICE, AND DEFENDANTS ATTORNEY NAME BELOW.

DONE ON THIS DAY 10TH OF JULY 2007

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
P.O. BOX 711
MONTGOMERY, ALABAMA 36101-0711

HASKELL/SLAUGHTER
ATTORNEY AT LAW
P.O. BOX 4660
MONTGOMERY, ALABAMA 36103

Anthony Cowart
PLAINTIFF

MONTGOMERY AL

11 JUL 2007 PM

UNITED STATES POSTAGE

FRANKLIN

THIRTY-NINE CENTS

Office of the Clerk

1-0711

36101+0711