IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

ANTHONY JAMES COWART
PLAINTIFF

V.

E.-TEAM OFFICER C. SMITH,
DEFENDANT

RECEIVED
2007 JUL 20 A 9:43

CIVIL ACTION NO. 2:07-CV-456-MHT

## NOTICE OF CHANGE OF ADDRESS

1) I THE PLAINTIFF ANTHONY JAMES COWART IS INFORMING THE COURT AND THE DEFENDANTS THAT I HAVE BEEN MOVED TO A DIFFERENT INSTITUTION, AND GIVING NOTICE OF NEW ADDRESS.

2) PLAINTIFF NEW ADDRESS IS ANTHONY JAMES COWART #147846 P.O. BOX 150 MT. MEIGS, ALA. 36057, AND ASK THE COURT AND DEFENDANTS COUNSEL TO FORWARD ALL MAIL OR INFORMATION TO THIS ADDRESS UNTIL FURTHER NOTICE.

### CERTIFICATE OF SERVICE

THIS IS TO CERTIFY THAT I HAVE THIS 18TH DAY OF JULY 2007 PLACED A COPY OF THIS NOTICE IN THE UNITED STATES MAIL WITH SUFFICIENT POSTAGE FOR FIRST CLASS DELIVERY TO MIDDLE DISTRICT COURT CLERK OFFICE AND DEFENDANTS COUNSEL.

DONE ON THIS THE 18TH DAY OF JULY. 2007

Anthony J. Cowart
PLAINTIFF

Anthony Bassett
P.O. Box 150
Mt. Meigs, Ala. 36057
F-4

This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated and the Alabama Department of Corrections is not responsible for the substance or content of the message.

3610101+0711

MONTGOMERY AL 361

19 JUL 2007  PM 2 L

USA FIRST-CLASS FOREVER



Office Of the Clerk
United States District Court
P.O. Box 711
Montg, Ala. 36101-0711