**IN THE UNITED STATES DISTRICT COURT**

**FOR THE MIDDLE DISTRICT OF ALABAMA**

**NORTHERN DIVISION**

| | |
|---|---|
| ANTHONY JAMES COWART<br>* plaintiff<br><br>v.<br><br>E-TEAM OFFICER C. SMITH, et. al.<br>* defendants | CASE NUMBER:<br><br>2:07 CV 456 MHT<br><br>* HON. SUSAN RUSS WALKER, US MAG-<br>ISTRATE JUDGE PRESIDING * |

RECEIVED
2007 JUL 30  A 10: 05

## MOTION FOR EXTENSION OF TIME TO FILE TRAVERSE

Comes now The Plaintiff, ANTHONY JAMES COWART, pro se, to respectfully ask this Honorable Court for an extension of time to file traverse to DEFENDANTS "special reports" for the following:

1. PER RULE 6, F.R.Civ.P., specifically RULE 6(b), F.R.Civ.P., "ENLARGEMENTS" are allowed to be given when the Court ORDERS an act be completed by a certain time;

2. "ENLARGEMENTS" of the specific time ORDERED may be extended as long as the movant prays extension before specified time;

3. DEFENDANTS CAN SUFFER NO HARM IF COURT ALLOWS EXTENSION IN PLAINTIFFS FAVOR;

FURTHER: (PLEASE SEE NEXT PAGE)

① 

NEXT →
p.1 of 2

PLAINTIFF PRAYS RELIEF DUE TO:

1. KNOWLEDGE OF LEGAL PROCEDURE IS EXTREMELY LIMITED.
2. ACCESS TO LEGAL MATERIAL, INCLUDING RESEARCH, LIMITED to NON EXISTANT.
3. PLAINTIFF IS INCARSERATED AND WORKING, In Pro Per, pro se.
4. PLAINTIFF SUFFERED TRANSFER AND TIME IS NEEDED TO RE-ESTABLISH.
5. COURTS ORDER SPECIFIES JULY 31, 2007, as date to file traverse, which is far too soon due to circumstances, supra.

PLAINTIFF, Anthony James Cowart, respectfully prays this Court to ORDER time extended from July 31, 2007, to AUGUST 13, 2007, as the DEFENDANTS can suffer no harm from ORDER.

And any other appropriate relief.

* Done this the 26 day of July 2007

Respectfully Submitted,

* Anthony Cowart _____ pro se.
Anthony James Cowart # 147846
K.C.F. F-4, PO BOX 150
Mt Meigs, Alabama 36057

* Certificate of Service
   Verification *

I, Anthony James Cowart, certify under penalty of perjury that the above stated facts are true and correct to the best of my ability and that I have served the defendants via counsel @ HASKELL/SLAUGHTER PO BOX 4660; Montgomery Ala 36103 via US MAIL POSTPAID on this date

* 26 July 2007

* Anthony Cowart 147846 pro se
   (address above)

* pursuant USCS 28 §1746         (2)                                    2 of 2



MONTGOMERY AL 361
27 JUL 2007 PM 4 L

OFFICE OF THE CLERK
U.S. DISTRICT COURT
PO BOX 711
MONTGOMERY, ALABAMA
36101

Anthony J. Cowart #141846
KCF F-4; PO BOX 150
Mt Meigs, Alabama
36057