IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| ANTHONY JAMES COWART | * | |
| Plaintiff, | * | |
| v. | * | 2:07-CV-456-MHT |
| E-TEAM OFFICER C. SMITH, *et al.*, | * | |
| Defendants. | * | |

_____

**ORDER ON MOTION**

Upon consideration of Plaintiff's Motion for Extension of Time, and for good cause, it is ORDERED that:

1. Plaintiff's Motion for Extension of Time (Doc. No. 12) is GRANTED;

2. Plaintiff is GRANTED an extension from July 31, 2007 to August 13, 2007 to file his response to Defendants' written report.

DONE, this 31st day of July 2007.

                                            /s/ Susan Russ Walker
                                            SUSAN RUSS WALKER
                                            UNITED STATES MAGISTRATE JUDGE