In the United States District Court
For the Middle District of Alabama
Northern Division

Anthony James Cowart
  Plaintiff

  v.

E-Team Officer L. Smith, et. al.

Case Number - 2:07 CV 456 MHT

Hon. Susan Russ Walker, US Magistrate Judge Presiding

## Notice of Change of Address

I'm informing this honorable court that my address has changed, I'm now at Holman Prison and my new address will be at the bottom of this notice. Thank you!

Anthony James Cowart #147846
3700 Holman Unit
Atmore, Ala. 36503
G1-71-B

Done this the 26 day of November 2007

Respectfully Submitted,

Anthony James Cowart, pro se
Anthony James Cowart #147846
3700 Holman Unit
Atmore, Ala. 36503
G1-71-B

### Certificate of Service
### Verification

I, Anthony Cowart, certify under penalty of perjury that the above stated that I have served the defendants via counsel @ Haskell/Slaughter P.O. Box 4660, Montgomery Ala. 36103 via US Mail postpaid on this date 26 November 2007

Anthony Cowart
Pro Se

MOBILE AL 365
30 NOV 2007 PM 2 L
USA41

Anthony Cowart #147846
3700 Holman Unit
Atmore, Ala. 36503
CI-71-B

LEGAL MAIL
"This correspondence is forwarded
from an Alabama State Prison. The contents
have not been evaluated, and the Alabama
Department of Corrections is not responsible
for the substance or content of the enclosed
communication."

Office of the Clerk
United States District Court
P.O. Box 711
Montgomery, Ala. 36101-0711

36101+0711