IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ANTHONY JAMES COWART, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | Civil Action No. 2:07cv456-MHT |
| | * | |
| E-TEAM OFFICER C. SMITH; | * | |
| SHERIFF D. T. MARSHALL; | * | |
| DIRECTOR GINA M. SAVAGE; | * | |
| And ASSISTANT DIRECTOR WANDA | * | |
| ROBINSON, | * | |
| | * | |
| Defendants. | | |

## **CONFLICT DISCLOSURE STATEMENT**

COMES NOW Defendant E-Team Officer C. Smith in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

**There are no entities to be reported.**

Respectfully submitted this 12th day of December 2007.

                                              s/ Thomas T. Gallion, III_____
                                              Thomas T. Gallion, III     (GAL010)
                                              Attorney for Defendants
                                              ASB-5295-L74T
                                              E-mail:  mp@hsy.com

OF COUNSEL:
Haskell Slaughter Young & Gallion, LLC
305 South Lawrence Street
Post Office Box 4660
Montgomery, Alabama 36103-4660
     (334) 265-8573
     fax number: (334) 264-7945

CERTIFICATE OF SERVICE

      I hereby certify that on the 12th day of December 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system that will send notification of such filing to the following parties or counsel and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

Anthony Cowart #7889
Montgomery County Detention Facility
Post Office Box 4599
Montgomery, Alabama 36103

                                        s/ Thomas T. Gallion, III
                                        Of Counsel

50051-603
#29,750