# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| ANTHONY JAMES COWART, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:07cv456-MHT |
| ) | (WO) |
| E-TEAM OFFICER C. SMITH, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER AND OPINION

On August 27, 2009, the magistrate judge filed a recommendation (Doc. # 20) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the recommendation of the magistrate judge, it is ORDERED and ADJUDGED that:

(1) The recommendation of the magistrate judge (Doc. # 20) is adopted.

(2) Defendants' motion for summary judgment (Doc. # 7) is granted.

(3) Judgment is entered in favor of defendants and against plaintiff, with plaintiff taking nothing by his complaint.

It is further ORDERED that the costs of these proceedings are taxed against plaintiff, for which execution may issue.

DONE, this the 25th day of September, 2009.

　　　　　　　　　　　　　  /s/ Myron H. Thompson
　　　　　　　　　　　　　 **UNITED STATES DISTRICT JUDGE**