# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **ANTHONY JAMES COWART,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **CIVIL ACTION NO. 2:07cv456-MHT** |
| ) | **(WO)** |
| **E-TEAM OFFICER C. SMITH, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

## FINAL JUDGMENT

Upon consideration of the prior proceedings, opinions, and orders entered in this case, it is ORDERED and ADJUDGED that judgment is entered in favor of defendants and against plaintiff, with plaintiff taking nothing by his complaint.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 25th day of September, 2009.

                                                    **/s/ Myron H. Thompson**
                                              **UNITED STATES DISTRICT JUDGE**